JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXIS CAPITAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SYSTEM SOLDING (USA) INC. and CHUNMING LI, <br><br> Defendants. | Case No. 2:15-cv-09396- DSF-SP <br><br> **JUDGMENT** |

    The Court having granted the motion for summary judgment of Plaintiff Amur Equipment Finance, Inc. f/k/a Axis Capital, Inc. (Axis) against defendants System Solding (USA) Inc. and Chunming Li, asserting claims for breach of finance agreement, breach of guaranty, and claim and delivery,

    IT IS ORDERED, ADJUDGED, AND DECREED that Axis shall recover from defendant Chunming Li:

1. damages in the amount of $202,460.05 through May 9, 2016;
2. post-judgment interest at the applicable rate, pursuant to 28 U.S.C. §1961;
3. attorneys' fees in the amount of $122,457.00 through January 13, 2017;

and

4.  costs in the amount of $1,836.12 through January 13, 2017.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Axis shall have possession of the collateral defined in Axis' Motion as the Li Blanket Lien Collateral and that defendant Chunming Li shall turn over possession of the Li Blanket Lien Collateral to Axis.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Axis may apply any net proceeds from the sale, lease, or other disposal of the Li Blanket Lien Collateral (if any such net proceeds exist) to amounts due from defendant Chunming Li under this Judgment but such application shall in no way affect Axis' right to pursue collection of the full amount due under this Judgment by all available means.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Axis shall have all writs of execution and other processes necessary to enforce this Judgment.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Judgment is final for all purposes and there is no just reason for delay.

The Court reserves jurisdiction to determine whether Axis is entitled to further attorneys' fees, litigation expenses, or costs from defendant Chunming Li, should Axis timely apply for same.

DATED:   3/23/17

_____
HON. DALE S. FISCHER
Judge of the United States District Court

2