# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXIS CAPITAL, INC., <br>     Plaintiff, <br><br> v. <br><br> SYSTEM SOLDING (USA) INC., et al., <br>     Defendants. | CV 15-9396 DSF (SPx) <br><br> FINAL JUDGMENT |

The Court having granted summary judgment against Defendant System Solding (USA) Inc. and previously having entered partial judgment against Defendant Chunming Li,

IT IS ORDERED AND ADJUDGED that Plaintiff recover from System Solding (USA) Inc. damages in the amount of $202,460.05; post-judgment interest at the applicable rate pursuant to 28 U.S.C. §1961; and costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: November 16, 2018

_Dale S. Fischer_
Dale S. Fischer
United States District Judge